

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2024

No. 04-24-00398-CV

**IN RE TEXAS FIRST RENTALS, LLC**

Original Mandamus Proceeding[1]

**ORDER**

On June 12, 2024, relator filed a petition for a writ of mandamus. On June 27, 2024, real parties in interest filed a response. This court has determined relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 23, 2024.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2024.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2023-CI-19077, styled *Texas First Rentals, LLC v. Son and Son, LLC and Hoang Son D Nguyen, as guarantor*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.